UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VESTAGEN PROTECTIVE
TECHNOLOGIES, INC. f/k/a VESTAGEN
TECHNICAL TEXTILES, INC.

    Plaintiff,

    v.

EDWARD JAMES BEYER AND
STRATEGIC PARTNERS, INC.,

    Defendants.

CASE No. 6:17-cv-494-Orl-40KRS

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

**X**    IS    related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

*Strategic Partners, Inc. v. Vestagen Protective Technologies, Inc.*, 2:16-cv-05900, United States District Court for the Central District of California - Western Division.

___    IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or state court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated: April 3, 2017.

**BURR & FORMAN LLP**
201 N. Franklin Street, Suite 3200
Tampa, Florida 33602
(813) 221-2626 (telephone)
(813) 221-7335 (facsimile)

/s/ *Alexandra H. Palermo*
John A. Schifino, Esq.
Florida Bar No. 72321

29439669 v1

jschifino@burr.com
Secondary: ccook@burr.com
Alexandra H. Palermo, Esq.
Florida Bar No. 98524
apalermo@burr.com
Secondary: dwhite@burr.com
201 N. Franklin Street, Suite 3200
Tampa, Florida 33602
(813) 221-2626 (telephone)
(813) 221-7335 (facsimile)
**Attorneys for Defendant Strategic Partners, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 3rd day of April, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties:

Kevin D. Zwetsch, Esq.
William Cantrell, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
100 N. Tampa Street, Suite 3600
Tampa, Florida 33602
Kevin.zwetsch@ogletree.com
William.cantrell@ogletree.com
Elba.chinea@ogletree.com
Attorneys for Plaintiff

Mahlon Barlow, Esq
Edward Kuchinski, Esq.
Sivyer, Barlow & Watson, P.A.
401 E. Jackson Street, Suite 2225
Tampa, FL 33602
mbarlow@sbwlegal.com
ekuchinski@sbwlegal.com
Attorneys for Defendant Beyer

/s/ *Alexandra H. Palermo*
Attorney