# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

VESTAGEN PROTECTIVE
TECHNOLOGIES, INC. f/k/a VESTAGEN
TECHNICAL TEXTILES, INC.

    Plaintiff,

v.

CASE NO.: 6:17-cv-494-Orl-40KRS

EDWARD JAMES BEYER AND
STRATEGIC PARTNERS, INC.,

    Defendants.
_____/

## JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE

Plaintiff, VESTAGEN PROTECTIVE TECHNOLOGIES, INC., and Defendants, STRATEGIC PARTNERS, INC. and EDWARD JAMES BEYER, jointly stipulate to dismiss this action with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii). Defendants request that this Court retain jurisdiction to rule on any party's motion for attorneys' fees and costs, and Plaintiff does not oppose Defendants' request.

                          Respectfully submitted,

| | |
|---|---|
| */s/ John A. Schifino* | */s/ Kevin D. Zwetsch* |
| John A. Schifino, Esq. | Kevin D. Zwetsch, Esquire |
| jschifino@burr.com | kevin.zwetsch@ogletree.com |
| Florida Bar No: | Florida Bar No: 0962260 |
| Alexandra Haddad Palermo, Esq. | Ina F. Young |
| Florida Bar No: | Florida Bar No. 117663 |
| ahaddad@burr.com | ina.young@ogletree.com |
| BURR & FORMAN, LLP | OGLETREE, DEAKINS, NASH, |
| 201 N Franklin Street, Suite 3200 |   SMOAK, & STEWART, P.C. |
| Tampa, FL 33602 | 100 N. Tampa Street, Suite 3600 |
| Telephone: (813) | Tampa, FL 33602 |
| Facsimile: (813) | Telephone: (813) 289-1247 |
| *Attorneys for Defendant* | Facsimile: (813) 289-6530 |
| *Strategic Partners, Inc.* | *Attorneys for Plaintiff* |

1

/s/ Edward Kuchinski_____
Edward Kuchinski
Florida Bar No. 796964
Sivyer Barlow & Watson PA
ekuchinski@sbwlegal.com;
afindlay@sbwlegal.com
Mahlon Herbert Barlow , III
Florida Bar No. 0871117
mbarlow@sbwlegal.com;
fgonsalves@sbwlegal.com
401 E Jackson Street, Suite 2225
Tampa, FL 33602-5213
Telephone: (813) 221-4242
*Attorneys for Defendant Edward James Beyer*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 9, 2018, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send a Notice of Electronic Filing to:

Edward Kuchinski
Sivyer Barlow & Watson PA
ekuchinski@sbwlegal.com; afindlay@sbwlegal.com
Mahlon Herbert Barlow , III
mbarlow@sbwlegal.com; fgonsalves@sbwlegal.com
*Attorneys for Defendant Edward James Beyer*

John A. Schifino, Esq.
jschifino@burr.com; ccook@burr.com
Alexandra Haddad Palermo, Esq.
ahaddad@burr.com; dwhite@burr.com
Burr & Forman, LLP

Seth E. Darmstadter. Esq.
(Admitted *Pro Hac Vice*)
sdarmstadter@mrlllp.com
Mona Z. Hanna, Esq.
(Admitted *Pro Hac Vice*)
mhanna@mrllp.com
Michelmann & Robinson, LLP
*Attorneys for Defendant Strategic Partners, Inc.*

/s/ Kevin D. Zwetsch_____
Attorney

32942202.1